1

2

3

4

5   JS 6

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TIGRANUHI SAYLOR,                )        Case No.:  CV 10-47 DSF (PJWx)
                                      )
12              Plaintiff,            )
                                      )
13        vs.                         )        JUDGMENT
                                      )
14   BANK OF AMERICA, TRACY           )
     ROBINSON, SIR MORTGAGE &         )
15   FINANCE OF ARIZONA, INC.,        )
     FIDELITY NATIONAL TITLE          )
16   INSURANCE COMPANY, and           )
     ACCOUNT SERVICING                )
17   DEPARTMENT,                      )
                                      )
18              Defendants.           )
                                      )
19   _____     )

20

21        The Court having determined that it lacks subject matter jurisdiction over

22   this action,

         IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that
23
     the action be dismissed without prejudice.
24

25

26                    3/16/10                    _____
     Dated: _____                        Dale S. Fischer
27                                                   United States District Judge

28